UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : FRIEL v. Impact
ADMISSION TO PRACTICE IN THIS COURT : Remodeling, LLC

26-CV-00005-KMM

## PETITION

I, **Anthony Paronich**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **350 Lincoln Street, Suite 2400**
**Hingham, MA 02043**

Office Telephone: **(617) 485-0018**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Massachusetts (11/23/2010), Northern District of Illinois (7/11/2018),

Eastern District of Michigan (5/2/2014), Western District of Wisconsin (10/9/2014)

My attorney Identification number is: **678437**

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__✓__ SPECIAL ADMISSION: _Karoline Mehalchick_
GRANTED BY THE COURT _____    Date: 1/12/26