**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | Case No.: 3:26-cv-00005-KM |
| Plaintiff, | |
| v. | |
| IMPACT REMODELING, LLC D/B/A LUXURY BATH NJPA, | |
| Defendant. | |

**ENTRY OF APPEARANCE**

Carmen A. De Gisi, Esq. of De Gisi Law Group, LLC, hereby enters his appearance on behalf of Defendant, Impact Remodeling, LLC d/b/a Luxury Bath NJPA, in the above-captioned matter and request copies of all pleadings, correspondence and all other papers concerning this litigation be forwarded to the undersigned pursuant to the applicable rules.

Dated: March 18, 2026

/s/ Carmen A. De Gisi
Carmen A. De Gisi, Esquire (PA ID 208989)
**De GISI LAW GROUP, LLC**
462 Germantown Pike, Suite 11
Lafayette Hill, PA 19444
cd@degisilaw.com.com
Tel.: (610) 897-8721
Fax: (610) 897-8862
*Counsel for  Defendant, Impact Remodeling, LLC d/b/a Luxury Bath NJPA*
        -and-
Diane J. Zelmer, Esq. (pro hac vice)
**BERENSON LLP**
4495 Military Trial, Suite 203
Jupiter, Florida 33458
Tel: (561) 429-4496
Email: djz@berensonllp.com

1

Secondary Email:    hac@berensonllp.com
                    hcc@berensonllp.com
*Counsel for  Defendant, Impact Remodeling, LLC*
*d/b/a Luxury Bath NJPA*


## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

*/s/ Carmen A. De Gisi*
Carmen A. De Gisi, Esq.

2