**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOSEPH FRIEL,  individually and on behalf of a class of all persons and entities similarly situated,

               **Plaintiff(s),**

             **v.**

IMPACT REMODELING, LLC dba LUXURY BATH NJPA

             **Defendant(s)/
             Third-Party Plaintiff(s),**

             **v.**



             **Third-Party Defendant(s).**

Civil Action No. 3:26-cv-00005-KM

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
(type of party)

who is Impact Remodeling, LLC dba Luxury Bath NJPA , makes the following disclosure:
(name of party)

Page 1 of  2

1.　　Is the party a non-governmental corporate party?

☑ YES　　　☐ NO

2.　　If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Impact Remodeling, LLC is a limited liability company.  There is no parent corporation or other entity that owns 10% or more of the equity of Impact Remodeling, LLC.

3.　　If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None.

　　　　The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Carmen A. De Gisi
Signature of Counsel for Party

Date: 3/18/2026