## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>IMPACT REMODELING, LLC D/B/A LUXURY BATH NJPA,<br><br>     Defendant. | Case No.: 3:26-cv-00005-KM |

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, copy of the Defendant, Impact Remodeling, LLC d/b/a Luxury Bath NJPA's Disclosure Statement Pursuant To Fed. R. Civ. P. 7.1 was served via CM/ECF to all counsel of record.

/s/ Carmen A. De Gisi
Carmen A. De Gisi, Esquire (PA ID 208989)
**De GISI LAW GROUP, LLC**
462 Germantown Pike, Suite 11
Lafayette Hill, PA 19444
cd@degisilaw.com.com
Tel.: (610) 897-8721
Fax: (610) 897-8862
*Counsel for Defendant, Impact Remodeling, LLC d/b/a Luxury Bath NJPA*

1