## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>IMPACT REMODELING, LLC D/B/A LUXURY BATH NJPA<br><br>      Defendant. | Case No. 26-cv-5 |

### PLAINTIFF'S UNOPPOSED MOTION
### TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff Joseph Friel ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for a brief continuance of the Case Management Conference currently scheduled for May 14, 2026 at 10:00 a.m., and in support thereof states as follows:

1. On April 21, 2026, the Court entered a Scheduling Order setting a Case Management Conference for May 14, 2026 at 10:00 a.m. (ECF No. 10).

2. Counsel for the Parties have conferred regarding scheduling and availability.

66983074 v1

3. Due to a scheduling conflict, Plaintiff respectfully requests that the Case Management Conference be continued by one day, from May 14, 2026 to May 15, 2026, or to another date convenient for the Court.

4. Counsel for Defendant consents to the requested continuance.

5. This request is made in good faith and not for purposes of delay. A brief continuance will not prejudice any party and will facilitate the orderly administration of this case.

Plaintiff respectfully requests that this Court enter an Order continuing the Case Management Conference currently scheduled for May 14, 2026 to May 15, 2026, or to such other date as the Court deems appropriate.

RESPECTFULLY SUBMITTED AND DATED this 21st day of April, 2026.

*/s/ Anthony Paronich*
Anthony Paronich
Paronich Law, PC
350 Lincoln St, Ste 2400
Hingham, MA 02043
(617) 485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

2

66983074 v1