# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiff

vs.

IMPACT REMODELING, LLC D/B/A LUXURY BATH NJPA

      Defendant.

Case No. 26-cv-5

## [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

AND NOW, this ___ day of April, 2026, upon consideration of Plaintiff's Unopposed Motion to Continue Case Management Conference, it is hereby ORDERED that the Motion is GRANTED.

The Case Management Conference currently scheduled for May 14, 2026 is CONTINUED to May 15, 2026 at a time to be determined by the Court.

DATED:_____

_____
Hon. Karoline Mehalchick
United States District Judge