## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| Abbreviated Case Name | Civil No. | Conference Time |
| --- | --- | --- |
| Culliton v. Experian et. al. | 3:26-CV-262 | 8:30 A.M. |
| Singley v. Whirlpool | 3:26-CV-761 | 8:45 A.M. |
| Pine v. Maye et. al. | 3:24-CV-752 | 9:00 A.M. |
| National Drayage Services (DE), LLC v. Melis Gruup, LLC | 3:25-CV-1282 | 9:15 A.M. |
| Heath v. Wakefield et. al. | 1:24-CV-1189 | 9:30 A.M. |
| Tanibajeva v. Skytop Lodge Corporation et.al. | 3:23-CV-1846 | 9:45 A.M. |
| Friel v. Impact Remodeling, LLC | 3:26-CV-5 | 10:00 A.M. |
| Keystone Klub Keyser Oak, LLC v. Evanston Insurance Company, et. al. | 3:25-CV-505 | 10:15 A.M. |
| Lower Susquehanna Riverkeeper Association v. J&K Salvage Inc. | 1:25-CV-1285 | 10:30 A.M. |
| Corsi v. English Riding Supply, Inc. et. al. | 3:26-CV-895 | 10:45 A.M. |

## ORDER

**AND NOW**, this 22nd day of April, 2026, **IT IS HEREBY ORDERED** that the above cases comprise the case management list for May 2026. The conferences currently scheduled for **Thursday, May 14, 2026**, are hereby **RESCHEDULED** to be held on **Friday, May 22, 2026** at the above-indicated times. Counsel for the Plaintiffs shall initiate the conference calls and ensure all parties are on the line prior to contacting chambers at (570) 207-5740.

BY THE COURT:

/s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**