**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

3:26-CV-5

## PETITION

I, /s/ Diane J. Zelmer _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:   4495 Military Trail

Suite 203

Jupiter, FL 33458

Office Telephone:   561-429-4496

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see attached list.

My attorney Identification number is:   27251

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ _____ SPECIAL ADMISSION:

GRANTED BY THE COURT *Karoline Mehalchick* Date: 5/1/26