# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on
behalf of a class of all persons and entities                    CASE NO. 3:26-cv-00005-KM
similarly situated,

      Plaintiff,

vs.

IMPACT REMODELING, LLC D/B/A
LUXURY BATH NJPA,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF CHANGE OF ADDRESS

    Diane J. Zelmer, Esq., Berenson LLP, counsel for Defendant, IMPACT REMODELING,

LLC D/B/A LUXURY BATH NJPA ("LUXURY"), hereby files this Notice of Change of

Address notifying the Court and all parties and counsel of record of the undersigned's change

of mailing address as follows:

Diane J. Zelmer, Esq.
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991

Dated:  May 26, 2026              Respectfully submitted,


/s/ Diane J. Zelmer, Esq.
Diane J. Zelmer, Esq., *pro hac vice*
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991
Tel:  (561) 429-4496
Fax: (703) 991-2195
Email:  djz@berensonllp.com

BERENSON LLP
Counsel to the Remodeling and Home Improvement Industry

Secondary Email: hcc@berensonllp.com
*Counsel for Defendant*

And

Carmen A. De Gisi, Esq.
PA Bar No: 208989__
E-mail: cd@degisilaw.com
DE GISI LAW GROUP, LLC
462 Germantown Pike, Suite 11
Lafayette Hill, PA  19444
Phone: 610-897-8721
Facsimile:  610-897-8862
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, I electronically filed the foregoing with the

Clerk of the Court through the CM/ECF System, which will send a notice of electronic filing to

all counsel of record.

/s/ Diane J. Zelmer
Diane J. Zelmer Esq.
Florida Bar No. 27251 (admitted *Pro Hac Vice*)

